UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

XOCHILTH B. B.,[1]

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondent.

No.  1:25-cv-1544-TLN-CSK

A# 088-517-442

**ORDER**

Petitioner, a noncitizen proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("the Petition").  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 21.) Respondents filed objections to the findings and recommendations reasserting their opposition to the Petition in a one-sentence filing.  (ECF No. 22.)

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full.

2. Respondents' Motion to Dismiss (ECF No. 17) is DENIED.

3. The Petition for Writ of Habeas Corpus is GRANTED as to claim two alleging a violation of the Fifth Amendment Due Process Clause.

4. A permanent injunction is issued ordering that Respondents are enjoined and restrained from re-arresting or re-detaining Petitioner Xochilth B. B. (A# 088-517-442) absent compliance with constitutional and regulatory protections, including seven-days' notice and a hearing before a neutral fact-finder where: (a) Respondents must show there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk.  At such hearing, Petitioner shall be allowed to have her counsel present.

5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: April 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE